(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Trelford, Keith** | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>**Trelford, Dawn** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**8588** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**8802** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**132 E. Monterey**<br>**Schaumburg, IL 60193** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**132 E. Monterey**<br>**Schaumburg, IL 60193** |
| County of Residence or of the<br>Principal Place of Business: | County of Residence or of the<br>Principal Place of Business:   **Cook** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|
| ☒ Individual(s)      ☐ Railroad<br>☐ Corporation      ☐ Stockbroker<br>☐ Partnership      ☐ Commodity Broker<br>☐ Other _____      ☐ Clearing Bank | ☐ Chapter 7     ☐ Chapter 11     ☒ Chapter 13<br>☐ Chapter 9     ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>☒ Consumer/Non-Business      ☐ Business | **Filing Fee** (Check one box)<br>☒ Full Filing Fee Attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

05-21467

| Estimated Number of Creditors | 1-15 ☐ | 16-49 ☒ | 50-99 ☐ | 100-199 ☐ | 200-999 ☐ | 1000-over ☐ |
|---|---|---|---|---|---|---|

| Estimated Assets | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☒ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ | More than $100 million ☐ | |

| Estimated Debts | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☒ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ | More than $100 million ☐ | |

RECEIVED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAY 27 2005

PUBLIC SERVICE COUNTER

(Official Form 1) (12/03) FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): Keith Trelford, Dawn Trelford |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)**

| Location Where Filed: Northern District of Illinois | Case Number: 00 B 06813 | Date Filed: March 7, 2000 |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)**

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signature]*
Signature of Debtor

X *[signature]*
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date: 5-27-05

X *[signature]*
Signature of Attorney for Debtor(s)

Eileen Neugebauer
Printed Name of Attorney for Debtor(s) / Bar No. 6244591

Riffner, Barber & Scott
Firm Name

1834 Walden Office Square 5th flr. Schaumburg, IL 60173
Address

847-303-0107
Telephone Number

Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X *[signature]*
Signature of Attorney for Debtor(s)   Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C. § 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X **Not Applicable**
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

RECEIVED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
MAY 27 2005
PUBLIC DOCUMENT

Riffner, Barber & Scott
1834 Walden Office Square 5th flr.
Schaumburg, IL 60173

847-303-0107
Attorney for the Petitioner(s)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In Re:
Debtor:  **Keith Trelford**
Social Security Number:  **8588**

Joint Debtor:  **Dawn Trelford**
Social Security Number:  **8802**

Case No:

Chapter **13**

Numbered Listing of Creditors

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 1. 1000PaydayCash.com<br>13170-B Central Ave., SE PMB #266<br>Albuquerque, NM 87123 | Unsecured Claims | $ 347.00 |
| 2. Alec Johnson<br>2260 W. Higgins, Suite 203,<br>Hoffman Estates, IL 60195 | Unsecured Claims | $ 224.40 |
| 3. Allied Interstate, Inc<br>Roselle, Rd., Schaumburg, IL 60193 | Unsecured Claims | $ 576.00 |
| 4. Beneficial<br>P.O. Box 17574<br>Baltimore, MD<br>21297 | Secured Claims | $ 308,000.00 |
| 5. Blatt, Hasenmiller, Leibsker & Moore, L.L.C.<br>125 S. Wacker Drive., #400<br>Chicago, IL 60606 | Unsecured Claims | $ 2,100.00 |

RECEIVED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAY 2 7 2005

Numbered Listing of Creditors - Page 1

PUBLIC SERVICE COUNTER

In re: **Keith Trelford**
**Dawn Trelford**

Case No. _____

| | | | |
|---|---|---|---|
| 6. | Capital One<br>P.O. Box 790216, St. Louis, MO 63179 | Unsecured Claims | $ 591.87 |
| 7. | Capital One<br>P.O. Box 790216, St. Louis, MO 63179 | Unsecured Claims | $ 1,373.18 |
| 8. | Capital One<br>P.O. Box 790216, St. Louis, MO 63179-0216 | Unsecured Claims | $ 843.76 |
| 9. | Credit Protections Association | Unsecured Claims | $ 0.00 |
| 10. | Dundee Animal Hospital<br>199 Penny Avenue, Dundee, IL 60118 | Unsecured Claims | $ 1,060.00 |
| 11. | Household Credit Services<br>P.O. Box 88000, Baltimore, MD 21288 | Unsecured Claims | $ 2,057.49 |
| 12. | Illinois Department of Employment Security<br>P.O. Box 4385, Chicago, IL 60606 | Unsecured Claims | $ 606.00 |
| 13. | Illinois Department of Revenue<br>James R. Thompson Center<br>100 West Randolph St.<br>Chicago, IL 60601 | Priority Claims | $ 751.00 |
| 14. | Internal Revenue Service<br>230 South Dearborn,<br>Mail-Stop 5010 CHI<br>Chicago, IL 60604 | Priority Claims | $ 37,973.75 |

RECEIVED
UNITED STATES ... COURT
NORTHERN DISTRICT OF ILLINOIS

MAY 2 7 2005

Numbered Listing of Creditors - Page 2

PUBLIC SERVICE COUNTER

| In re: | Keith Trelford<br>Dawn Trelford | | Case No. _____ |
|---|---|---|---|
| 15. | Jerry M. Salzberg, Triad Financial<br>205 West Randolph St., Chicago IL<br>60606 | Unsecured Claims | $ 11,003.82 |
| 16. | Microsoft<br>P.O. Box 12609, Tucson, AZ 85732 | Unsecured Claims | $ 43.90 |
| 17. | Ronald B. Baran<br>636 South Roselle Rd., Schaumburg,<br>60193 | Unsecured Claims | $ 72.00 |
| 18. | Short Term Loans, L.L.C.<br>1400 East Touhy Ave.,<br>Des Plaines, IL 60018 | Unsecured Claims | $ 625.00 |
| 19. | Steven N. Pector<br>P.O. Box 3583, Barrington, IL 60011 | Unsecured Claims | $ 178.60 |
| 20. | Title Loans Express, Inc.<br>1141-BS Arlington Heights Rd.,<br>Arlington Heights, IL 60005 | Unsecured Claims | $ 1,600.00 |
| 21. | Wal-mart Store<br>801 Meacham Road, Elk Grove Village<br>60007 | Unsecured Claims | $ 195.18 |
| 22. | Wow Internet and Cable<br>P.O. Box 5715, Carol Stream, IL<br>60197 | Unsecured Claims | $ 100.58 |

RECEIVED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAY 2 7 2005

PUBLIC SERVICE COUNTER

Numbered Listing of Creditors - Page 3

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re: Keith & Dawn Trelford    Bankruptcy Case Number: _____

**VERIFICATION OF CREDITOR MATRIX**

Number of Creditors: 22

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Dated: 5-27-05

_____
Debtor

_____
Joint Debtor

RECEIVED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAY 27 2005

PUBLIC SERVICE COUNTER