IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Trelford, Keith | Case Number: 05 B 21467 |
|---|---|---|
| | Trelford, Dawn | Judge: Hollis, Pamela S |
| | Printed: 1/23/07 | Filed: 5/27/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: January 17, 2007
Confirmed:   October 31, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 6,130.00 | |
| Secured: | | 1,760.00 |
| Unsecured: | | 0.00 |
| Priority: | | 1,837.76 |
| Administrative: | | 2,200.00 |
| Trustee Fee: | | 332.24 |
| Other Funds: | | 0.00 |
| Totals: | 6,130.00 | 6,130.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Riffner Barber & Scott | Administrative | 2,200.00 | 2,200.00 |
| 2. | Beneficial | Secured | 0.00 | 0.00 |
| 3. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 4. | Beneficial | Secured | 0.00 | 0.00 |
| 5. | Title Loan Express | Secured | 1,760.00 | 1,760.00 |
| 6. | Illinois Dept of Revenue | Priority | 6,317.79 | 1,837.76 |
| 7. | Asset Acceptance | Unsecured | 11.13 | 0.00 |
| 8. | Dr Bobbie Ziesk | Unsecured | 23.12 | 0.00 |
| 9. | Short Term Loans LLC | Unsecured | 69.09 | 0.00 |
| 10. | Triad Financial Services | Unsecured | 1,100.38 | 0.00 |
| 11. | Wow Internet | Unsecured | 10.06 | 0.00 |
| 12. | Capital One | Unsecured | 91.36 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 215.38 | 0.00 |
| 14. | Illinois Dept of Revenue | Unsecured | 113.58 | 0.00 |
| 15. | Illinois Dept Of Employment Sec | Unsecured | 60.60 | 0.00 |
| 16. | Alexian Brothers Medical Center | Unsecured | 84.34 | 0.00 |
| 17. | Jefferson Capital | Unsecured | 197.65 | 0.00 |
| 18. | Jeffrey B Johnson MD | Unsecured | | No Claim Filed |
| 19. | Blatt Hasenmiller & Komar | Unsecured | | No Claim Filed |
| 20. | Dundee Animal Hospital | Unsecured | | No Claim Filed |
| 21. | Ronald B Baran | Unsecured | | No Claim Filed |
| 22. | Microsoft Network | Unsecured | | No Claim Filed |
| 23. | Wal Mart Stores | Unsecured | | No Claim Filed |
| 24. | Capital One | Unsecured | | No Claim Filed |
| 25. | Title Loan Express | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** Trelford, Keith<br>Trelford, Dawn<br>Printed: 1/23/07 | Case Number: 05 B 21467<br>Judge: Hollis, Pamela S<br>Filed: 5/27/05 | |

| | | | | |
|---|---|---|---|---|
| 26. | Allied Interstate | Unsecured | | No Claim Filed |
| 27. | Capital One | Unsecured | | No Claim Filed |
| 28. | Credit Protection Association | Unsecured | | No Claim Filed |
| 29. | Steven N Pector | Unsecured | | No Claim Filed |
| 30. | Alec Johnson | Unsecured | | No Claim Filed |
| 31. | C B Accounts Inc | Unsecured | | No Claim Filed |
| 32. | Global Payments | Unsecured | | No Claim Filed |
| 33. | Armor Systems Co | Unsecured | | No Claim Filed |
| 34. | No Fxing Payday Loan.Com | Unsecured | | No Claim Filed |
| 35. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 36. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 37. | Check N Go | Unsecured | | No Claim Filed |
| 38. | Golf Rose Animal Hospital | Unsecured | | No Claim Filed |
| 39. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 40. | Henry Boysen Company Inc | Unsecured | | No Claim Filed |
| 41. | National City Bank | Unsecured | | No Claim Filed |
| 42. | Reliable Adjustment Bureau | Unsecured | | No Claim Filed |
| 43. | Harris & Harris | Unsecured | | No Claim Filed |
| 44. | Providian Processing | Unsecured | | No Claim Filed |
| 45. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 46. | St Alexius Medical Center | Unsecured | | No Claim Filed |
| 47. | Premier Credit | Unsecured | | No Claim Filed |
| 48. | Verizon | Unsecured | | No Claim Filed |
| | | | _____<br>$ 12,254.48 | _____<br>$ 5,797.76 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 298.64 |
| 4.8% | 33.60 |
| | _____<br>$ 332.24 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley* (signature)