IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Trelford, Keith | Case Number: 05 B 21467 |
|---|---|---|
| | Trelford, Dawn | Judge: Hollis, Pamela S |
| | Printed: 5/13/08 | Filed: 5/27/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 14, 2007
Confirmed: October 31, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 6,130.00 | |
| Secured: | | 1,760.00 |
| Unsecured: | | 0.00 |
| Priority: | | 1,837.76 |
| Administrative: | | 2,200.00 |
| Trustee Fee: | | 332.24 |
| Other Funds: | | 0.00 |
| Totals: | 6,130.00 | 6,130.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Riffner Barber & Scott | Administrative | 2,200.00 | 2,200.00 |
| 2. | Beneficial | Secured | 0.00 | 0.00 |
| 3. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 4. | Title Loan Express | Secured | 1,760.00 | 1,760.00 |
| 5. | Beneficial | Secured | 0.00 | 0.00 |
| 6. | Illinois Dept of Revenue | Priority | 6,317.79 | 1,837.76 |
| 7. | Wow Internet | Unsecured | 10.06 | 0.00 |
| 8. | Dr Bobbie Ziesk | Unsecured | 23.12 | 0.00 |
| 9. | Capital One | Unsecured | 91.36 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 11.13 | 0.00 |
| 11. | Short Term Loans LLC | Unsecured | 69.09 | 0.00 |
| 12. | Jefferson Capital | Unsecured | 197.65 | 0.00 |
| 13. | Triad Financial Services | Unsecured | 1,100.38 | 0.00 |
| 14. | Illinois Dept Of Employment Sec | Unsecured | 60.60 | 0.00 |
| 15. | Illinois Dept of Revenue | Unsecured | 113.58 | 0.00 |
| 16. | Alexian Brothers Medical Center | Unsecured | 84.34 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 215.38 | 0.00 |
| 18. | Steven N Pector | Unsecured | | No Claim Filed |
| 19. | Dundee Animal Hospital | Unsecured | | No Claim Filed |
| 20. | No Fxing Payday Loan.Com | Unsecured | | No Claim Filed |
| 21. | Allied Interstate | Unsecured | | No Claim Filed |
| 22. | Title Loan Express | Unsecured | | No Claim Filed |
| 23. | Blatt Hasenmiller & Komar | Unsecured | | No Claim Filed |
| 24. | Jeffrey B Johnson MD | Unsecured | | No Claim Filed |
| 25. | Microsoft Network | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Trelford, Keith | Case Number: 05 B 21467 |
|---|---|---|
| | Trelford, Dawn | Judge: Hollis, Pamela S |
| | Printed: 5/13/08 | Filed: 5/27/05 |

| | | | | |
|---|---|---|---|---|
| 26. | Capital One | Unsecured | | No Claim Filed |
| 27. | Capital One | Unsecured | | No Claim Filed |
| 28. | Providian Processing | Unsecured | | No Claim Filed |
| 29. | Alec Johnson | Unsecured | | No Claim Filed |
| 30. | Harris & Harris | Unsecured | | No Claim Filed |
| 31. | C B Accounts Inc | Unsecured | | No Claim Filed |
| 32. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 33. | Armor Systems Co | Unsecured | | No Claim Filed |
| 34. | Global Payments | Unsecured | | No Claim Filed |
| 35. | Check N Go | Unsecured | | No Claim Filed |
| 36. | Golf Rose Animal Hospital | Unsecured | | No Claim Filed |
| 37. | Reliable Adjustment Bureau | Unsecured | | No Claim Filed |
| 38. | Henry Boysen Company Inc | Unsecured | | No Claim Filed |
| 39. | St Alexius Medical Center | Unsecured | | No Claim Filed |
| 40. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 41. | National City Bank | Unsecured | | No Claim Filed |
| 42. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 43. | Credit Protection Association | Unsecured | | No Claim Filed |
| 44. | Premier Credit | Unsecured | | No Claim Filed |
| 45. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 46. | Verizon | Unsecured | | No Claim Filed |
| 47. | Ronald B Baran | Unsecured | | No Claim Filed |
| 48. | Wal Mart Stores | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 12,254.48 | $ 5,797.76 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 298.64 |
| 4.8% | 33.60 |
| | _____ |
| | $ 332.24 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

